UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA L.P. HLP GENERAL PARTNER, INC., a foreign corporation, d/b/a METART d/b/a SEXART; HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a SEXART; and HYDENTRA LP, a foreign corporation, d/b/a METART d/b/a SEXART, <br><br>   Plaintiffs, <br><br>v. <br><br>ERA TECHNOLOGIES, LTD, a British Virgin Islands company, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM; IGOR KOVALCHUCK, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM; WEBZILLA INC.; WZ COMMUNICATIONS, INC.; and John Does 1-20, <br><br>   Defendants. | Case No. 1:15-cv-24293-MGC |

**SUPPLEMENTAL DECLARATION OF KOSTYANTYN BEZRUCHENKO**

Kostyantyn Bezruchenko, being duly sworn, does declare and state as follows:

1.    I am a Director of both Webzilla, Inc. ("Webzilla USA") and WZ Communications Inc. ("WZ"). Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other personnel of Webzilla USA and WZ, and/or my review of Webzilla USA and WZ's business records. All statements contained in this declaration are

1

true and correct to the best of my knowledge.  If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. I am also a Director of Webzilla, Ltd. ("Webzilla Europe"), a company organized under the laws of the Republic of Cyprus, which is operated out of Cyprus.  Webzilla USA, WZ, and Webzilla Europe are all part of one family of companies.

3. I submit this declaration to clarify statements in made in my declaration dated April 13, 2016 and filed in the above captioned case as Docket No. 26-1 (my "First Declaration").

4. As I explained in my second declaration dated May 12, 2016 filed in this case as Docket Number 32-1 (my "Second Declaration"), ERA Technologies Ltd. ("ERA") contracts for its web hosting solutions with Webzilla Europe.  Webzilla Europe, in turn, leases IP addresses and other services from other members of the Webzilla family of companies which it then provides directly to its customers, including ERA Technologies.

5. The Webzilla family of companies has a facility in Dallas, Texas, which is directly operated by Webzilla USA.  In effect, Webzilla USA leases the right to use the servers in this data center to Webzilla Europe, which then leases the right to use those servers to Webzilla Europe's customers.

6. ERA does, lease, operate and control one server in the Webzilla Dallas facility that, to my understanding, acts essentially as a "traffic cop," directing users trying to access ERA's website to ERA's servers in Europe.  To my understanding, this "traffic cop" server in Dallas does not contain the content of the DrTuber.com website, the website's software or the content served through drtst.com.

2

7. This "traffic cop" server in Dallas non-exclusively services users in the Western Hemisphere, Eastern Asia and Oceania. Users from over 20 countries in addition to the United States access ERA's website through the Dallas server, including users in Japan, Taiwan, Australia, and Mexico.

8. In addition to the other services ERA receives directly from Webzilla Europe (and indirectly from the other entities in the Webzilla family of companies), ERA has also engaged with the Webzilla family of companies for a Content Delivery Network (a "CDN"). A CDN is a globally distributed network of proxy servers deployed in multiple data centers intending to serve content to end-users around the world.

9. In order to receive the CDN services, ERA contacted the representatives of Webzilla Europe in their European offices and requested worldwide CDN services. The Webzilla family then made the internal decision of how to provide and implement the requested CDN services, and as part of that decision it implemented the CDN with servers in the United States (but not in Florida)

10. The Webzilla family's CDN operates out of ten facilities around the world, one of which happens to be in the Dallas facility. Other facilities are located in Singapore, Amsterdam, London and Frankfurt.

11. Similar to the "traffic cop" server in Dallas, the Dallas CDN non-exclusively services users in the Western Hemisphere, Eastern Asia and Oceania. Users from over 20 countries in addition to the United States access ERA's website through the Dallas server, including users in Japan, Taiwan, Australia, and Mexico.

12. ERA does not lease, own, operate or control any of these CDN servers.

3

Signed under the pains and penalties of perjury, this __27__ day of June, 2016.

                                                                                    _____
                                                                                    Kostyantyn Bezruchenko
                                                                                    On behalf of Webzilla Inc.,
                                                                                    WZ Communications Inc., and
                                                                                    Webzilla, Ltd.