UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA L.P. HLP GENERAL PARTNER, INC., a foreign corporation, d/b/a METART d/b/a SEXART; HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a SEXART; and HYDENTRA LP, a foreign corporation, d/b/a METART d/b/a SEXART,<br><br>Plaintiffs,<br><br>v.<br><br>ERA TECHNOLOGIES, LTD, a British Virgin Islands company, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM; IGOR KOVALCHUCK, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM; WEBZILLA INC.; WZ COMMUNICATIONS, INC.; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-24293-MGC |

### SUPPLEMENTAL DECLARATION OF IVAN TIMSHIN, M.A.

I, Ivan Timshin, M.A., being duly sword, do affirm and state as follows:

1. I am a business development manager of Defendant ERA Technologies, Ltd. ("ERA"). Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other personnel of ERA, and/or my review of ERA's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

1

2. I submit this declaration to clarify statements I made in my declaration dated April 13, 2016 and filed in the above captioned case as Docket No. 26-1 (my "First Declaration").

3. As I stated in my First Declaration, ERA contracts for its hosting services from Webzilla Ltd. ("Webzilla Europe"), a company based and operated out of Cyprus. As it has been explained to me, Webzilla Europe is part of a family of companies that also includes the companies Webzilla Inc. ("Webzilla USA") and WZ Communications, Inc. ("WZ"), both of which are incorporated in Florida in the United States and that Webzilla Europe leases services and servers from these two companies, which it then provides to its customers for use.

4. Webzilla USA and WZ operate a server facility in Dallas, Texas, access to which Webzilla Europe provides to its customers.

5. ERA does not own, operate or control any servers in the United States (or elsewhere in North America) that contain the content of the DrTuber.com website, the website's software, or the content served through drtst.com.

6. ERA does, however, lease, operate and control one server in the Webzilla Dallas facility that acts essentially as a "traffic cop," directing users trying to access ERA's website to ERA's servers in Europe. This "traffic cop" server in Dallas does not contain the content of the DrTuber.com website, the website's software or the content served through drtst.com.

7. This "traffic cop" server in Dallas non-exclusively services users in the Western Hemisphere, Eastern Asia and Oceania. Users from over 20 countries in addition to the United States access ERA's website through the Dallas server, including users in Japan, Taiwan, Australia, and Mexico.

8. In addition to the other services ERA receives directly from Webzilla Europe (and indirectly from the other entities in the Webzilla family of companies), ERA has also engaged with the Webzilla family of companies for a Content Delivery Network (a "CDN"). As I understand it, a CDN is a globally distributed network of proxy servers deployed in multiple data centers intending to serve content to end-users around the world.

9. In order to receive the CDN services, ERA contacted the representatives of Webzilla Europe in their European offices and requested worldwide CDN services. The Webzilla family then made the internal decision of how to provide and implement the requested CDN services, and, apparently, as part of that decision it implemented the CDN with servers in the United States (but not in Florida).

10. I have been informed that the Webzilla family's CDN operates out of ten facilities around the world, one of which happens to be in the Dallas facility.

11. Similar to the "traffic cop" server in Dallas, the Dallas CDN non-exclusively services users in the Western Hemisphere, Eastern Asia and Oceania. Users from over 20 countries in addition to the United States access ERA's website through the Dallas server, including users in Japan, Taiwan, Australia, and Mexico.

12. ERA does not lease, own, operate or control any of these CDN servers.

Signed under the pains and penalties of perjury this 20th day of June, 2016.

                                                                   _____
                                                                   Ivan Timshin, M.A.
                                                                   On behalf of ERA Technologies, Ltd.